**BARELLI ET AL. *vs.* HAGAN.**

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

A general average contribution, arises from a sacrifice deliberately made of
property of one of the parties in the adventure, for the benefit of the
others, whereby his loss is their gain.

The owners of slaves are bound to contribute for them to a general average,
occasioned by a jettison from the ship in which they are shipped, and
on board at the time.

This is an action by the agents and consignees of the
brig Chapman, for contribution to a general average, occa-
sioned by a jettison, for the preservation and safety of said
vessel, which got on the rocks on the coast of Florida, in her
voyage from Charleston to New-Orleans, in December, 1837.

The plaintiffs allege, that the loss by the jettison was three
thousand two hundred and ninety dollars ; that the defendant
had twelve slaves on board, worth six thousand dollars, and
his proportion amounts to nine hundred and forty-eight dollars
and seventy cents, for which they pray judgment.

The defendant pleaded the general issue. The loss
was proved, and the principal question to be decided, is
the *owner of slaves* liable to contribute to the general
average loss in a case like this ?

The district judge decided in the affirmative, and the defendant appealed.

*Watts*, for plaintiff, cited *Abbott on Shipping*, page 356, and authorities there referred to, in support of the case.

*R. Hunt*, for the appellant.

*Eustis, J.*, delivered the opinion of the court.

This is an action against the defendant for contribution to a general average, occasioned by a jettison from the brig Chapman, while on the rocks on the coast of Florida, on her voyage from Charleston to this port. The defendant had on board the Chapman, twelve slaves; they were shipped under a bill of lading.

The only point presented to our consideration by the counsel is, that of the liabilities of slaves to a general average contribution, for goods necessarily thrown overboard at sea, for the general benefit.

A claim for a general average contribution, arises from a sacrifice deliberately made of the property of one of the parties concerned in the adventure, for the benefit of the others, and whereby his loss is directly converted to their gain. *Stevens on Average, part* 1, *chap.* 1, *sec.* 1.

As to what is or is not liable to this contribution, depends on the laws and usage of the sea.

Among the Romans, with whom the condition of slaves was very much modified, the owners of slaves were bound to contribute for them to a general average.

Emerigon asserts the same doctrine, in his treatise on insurance, which is confirmed by the late Lord Tenterden, in his work on shipping. *Emerigon, chap.* 12, *sec. 42, sec.* 9. *Abbot on Shipping*, 356.

The authorities cited by Emerigon, are conclusive on the subject.

> A general average contribution, arises from a sacrifice deliberately made of property of one of the parties in the adventure, for the benefit of the others, whereby his loss is their gain. The owners of slaves are bound to contribute for them to a general average, occasioned by a jettison from the ship in which they are shipped and on board at the time.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.